RECEIVED

APR - 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **JOSEPH SAVOY** | **CIVIL ACTION NO. 6:06CV1744** |
| **VERSUS** | **JUDGE DOHERTY** |
| **WARDEN, LSP** | **MAGISTRATE JUDGE METHVIN** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lafayette, Louisiana, this ___1___ Day of April, 2008.

Rebecca F. Doherty
UNITED STATES DISTRICT JUDGE